UNITED STATES DISTRICT COURT
NORTHER DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| James Spivey,<br><br>        Plaintiff,<br><br>v.<br><br>Performant Recovery, Inc.,<br><br>        Defendant. | :<br>:<br>:<br>:<br>: Civil Action No.:  1:14-cv-00017-C<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement.  The parties anticipate filing a dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: June 16, 2014

Respectfully submitted,

By: */s/ Jody B. Burton*

Jody B. Burton, Esq.
LEMBERG LAW LLC
1100 Summer Street, 3rd Floor
Stamford, CT 06905
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
E-mail: jburton@lemberglaw.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 16, 2014, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Northern District of Texas Electronic Document Filing System (ECF), which sent notice of such filing to the following parties listed below:

Nicolle N. Muehr, Esq.
Nanasy Muehr, PLLC
700 Lavaca Street, Suite 1400
Austin, Texas 78701
*Attorney for Defendant*

                                            By /s/ Jody B. Burton
                                                  Jody B. Burton