IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JAMES SPIVEY,                  )
                                     )
            Plaintiff,        )
                                     )
v.                               )
                                     )
PERFORMANT RECOVERY, INC.,    )
                                     )
           Defendant.    )    Civil Action No. 1:14-CV-017-C

### ORDER OF DISMISSAL

The Court having considered the Stipulation of Dismissal with Prejudice filed

September 23, 2014,

IT IS ORDERED that the above-styled and -numbered civil action is **DISMISSED** with

prejudice, with costs taxed against the party incurring same.

Dated this _29th_ day of September, 2014.

_____
SAM R. CUMMINGS
UNITED STATES DISTRICT JUDGE